IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**STANLEY DERRICK RAGIN III,**            )
                                                            )
              Petitioner,            )
                                                               )
v.                              )   **Case No. CIV-24-342-RAW-SPS**
                                                              )
**MAYES COUNTY COURTS,**              )
                                                             )
              Respondent.          )

## OPINION AND ORDER

On September 23, 2024, Petitioner Stanley Derrick Ragin III filed two essentially identical habeas corpus petitions pursuant to 28 U.S.C. § 2241 in Case No. CIV 24-341-RAW-JAR and Case No. CIV 24-342-RAW-SPS. As discussed below, the second case must be dismissed as duplicative of the first case.

The Court has carefully reviewed Petitioner's two petitions and finds they are almost identical, raising the same issues of law and fact. He has raised the following four grounds for relief:

(1)    Prosecution's probable cause is false by way of false information from a mentally ill or disturbed accuser. Want for investigation. Prosecution is liable for economic harm; abuse of process; false imprisonment, obstructing the course of justice; and perverting the course of justice.

(2)    Ineffective assistance of counsel.

(3)    Racial trauma exploited to coerce and intimidate Petitioner into signing plea deal under duress.

(4)    Material witness Toniyah Hopson (possibly left off the record due to the state's "Rule of Sequestration" motion) corroborates the petitioner's testimony.

(Case Nos. CIV 24-341-RAW-JAR, Dkt. 1 at 6-7; CIV 24-372-RAW-SPS, Dkt. 1 at 6-7). It is clear from the Court's review of both cases that the habeas petition in Case No. 24-CV-

342-RAW-SPS is essentially a duplicate of the petition in Case No. 24-CV-341-RAW-JAR. In such circumstances, it is the policy of this Court to close the case with the higher case number.

**ACCORDINGLY,** Case No. CIV 24-342-RAW-SPS is DISMISSED.

**IT IS SO ORDERED** this 17TH day of October 2024.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE